

**From:** "Cape Elizabeth High School" <jshedd@capeelizabethschools.org>
**Date:** September 20, 2019 at 4:22:01 PM EDT
**To:** cityislandproductions@gmail.com
**Subject: About an Incident in School This Week**
**Reply-To:** "Cape Elizabeth High School" <jshedd@capeelizabethschools.org>

## From Cape Elizabeth High School

Dear CEHS Students and Parents:

I've pasted below a letter about an incident in school this week I am sending this to all students and parents. Parents, I hope you will review this letter with your students and have a conversation about issues that it raises.

Thanks so much. Have a great weekend.

Jeffrey Shedd

CEHS Princpal


Dear CEHS Parents and Students:

Many of you may have probably heard the expression "Cape Elizabeth bubble"—the idea that communities like ours are so unaffected by the outside world that our children grow up in a sheltered bubble.

Ultimately, however, all schools, no matter how good or isolated, are touched by tides in our culture.

This week, our school was touched by the tides of polarization, tribalism, and judgment-reaching based on rumors spread by Snapchats, texts and Instagrams, rather than facts.

On Monday morning, a student or students posted messages on Post-it Notes in a girls' bathroom claiming that there is a rapist in CEHS. Similar messages appeared in a different  girls' bathroom approximately two hours later. The messages claimed adults in the school knew and implied that we would be indifferent.

We began investigating immediately, with two paramount questions in mind: are there young people who have been the victims of rape by one of our students? Are our students safe?.

So here's the good news. Within roughly 3-4 minutes of the posting of the messages, when the very first students entered the respective bathrooms after the messages had been placed, those students got the word to us in the office. They were concerned. They trusted us to take the notes and their concerns seriously.

Directly involved in the investigations were Mr. Shedd and Mr. Carpenter, our Superintendent Donna Wolfrom, our Director of Teaching and Learning and Title IX Coordinator Cathy Stankard, and our School Resource Officer David Galvan. We interviewed over twenty people.

There are legal processes and school processes for the conduct of investigations and the handling of allegations. Those processes are based on evidence and basic principle of fairness and due process. Those processes have been followed in this case. The system worked.

Our school is safe.

In the course of our investigation,however, we uncovered much misinformation some of which has been hurtful to a number of students and other people in our community, and that is not acceptable  As we continue to investigate this situation we want to urge everyone to resist the temptation to jump to conclusions or spread rumors and allow us to do our job. We live in a society where too many *adult* authority figures are quick to spread rumors and gossip and innuendo through social media.  The race is on to be the fastest to reach a judgment and Tweet it out, That's true of leaders in both parties and throughout society. It's not surprising that our *young people* pick up on that modeled *adult* behavior.

Student safety is our top concern.Our community is not a bubble. We are always open to students who bring us information raising safety concerns. Many students on Monday demonstrated that they recognize we are in this together. Those students' actions demonstrate the sense of community that is the foundation that we will build on as we heal, learn, and grow together.

Thank you.

Sincerely,

Jeffrey Shedd
Principal


Nathan Carpenter
Assistant Principal


Donna Wolfrom
Superintendent


Cathy Stankard,
Director of Teaching and Learning and Title IX Coordinator

Officer David Galvan
School Resource Officer

| Image removed by sender. CESD Facebook | Image removed by sender. Cape Elizabeth Schools Open Minds and Open Doors |

unsubscribe

Image removed by sender. Swiftreach Networks, Inc.
Image removed by sender.