

# CAPE ELIZABETH HIGH SCHOOL
### 345 OCEAN HOUSE ROAD
### CAPE ELIZABETH, MAINE 04107
### TEL. (207) 799-3309
### FAX (207) 767-8050

October 4, 2019

███████████
Shael Norris
███████████
Cape Elizabeth, ME. 04107

Dear ███ Ms. Norris, and ███████,

As you know, ███ had admitted and accepted responsibility for her actions in the writing and posting of notes that appeared in the second floor bathroom on Monday, September 16.

After a comprehensive investigation of the incident, Mr. Shedd and Mr. Carpenter have reviewed what happened, in response to a complaint, in the context of our school bullying policy, policy JICK. We have found that the actions of students writing or posting notes in our school bathroom did in fact constitute an act of bullying within our policy. Specifically, it was part of a

> "pattern of….expression….directed at a student…..that [created] an intimidating….educational environment….or [interfered] with the student's…ability to participate in or benefit from the services, activities, or privileges provided by the school."

In response to this unfortunate situation, ███ will experience the following consequences:

1. Out of school suspension for three days. During that suspension, ███ will not be allowed on school grounds. She is allowed to make up missing assignments or work for full credit.

2. Participation in an educational session that will address issues of bullying, proper ways to raise concerns about themselves or other students, and other issues associated with this incident. We are working to make this session possible in the near future. As soon as it is arranged, I will let you know the date, time, and place details. Attendance at this session is mandatory.

3. She is hereby warned that any future actions of this sort, directed to the student who was targeted in this instance or any other student, may result in further and more severe consequences up to and including suspension and possible expulsion.

Under policy JICK, parents and the students have the right to appeal a decision about consequences, in writing, to the Superintendent within fourteen days of the receipt of the findings.

Upon her return to school, ███ will be welcomed back. We trust that she has learned from this situation and look forward to working with her in the future.

Sincerely,

Jeffrey Shedd
Principal

Nathan Carpenter
Assistant Principal