Bullying Incident Consequences letter Oct 4 2019   Oct 3, 2019 at 9:47 AM   15 KB   Micros...(.docx)