UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| A.M., a minor, by and through her mother, SHAEL NORRIS<br><br>*Plaintiff*,<br><br>v.<br><br>CAPE ELIZABETH SCHOOL DISTRICT, et al.<br><br>*Defendants*. | Case No. 2:19-cv-00466-LEW |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Cape Elizabeth School Department, Donna Wolfram, Jeffrey Shedd, and Nathan Carpenter, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit the Order on Plaintiff's Motion for Preliminary Injunction (Doc. 18) entered in this action on the October 24, 2019.


Dated:  November 8, 2019         */s/ Melissa A. Hewey*
                                  Melissa A. Hewey
                                  Bruce W. Smith
                                  Jeana M. McCormick
                                  Attorneys for Defendants

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101-2480
Tel: (207) 772-1941
mhewey@dwmlaw.com

## CERTIFICATE OF SERVICE

     I, Melissa A. Hewey, counsel for Defendants, hereby certify that on November 8, 2019, I electronically filed the above Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notifications of this filing to all parties of record.

                                              */s/ Melissa A. Hewey*
                                              Melissa A. Hewey
                                              Attorney for Defendants

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101-2480
Tel: (207) 772-1941
mhewey@dwmlaw.com