UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| A.M., a minor, by and through her mother, SHAEL NORRIS, )<br><br>Plaintiff, )<br><br>v. )<br><br>CAPE ELIZABETH SCHOOL DISTRICT, et al., )<br><br>Defendants, ) | Case No. 2:19-cv-00466-LEW |

## ORDER APPROVING MINOR SETTLEMENT

Before the Court is Plaintiff's Consent Motion for Approval of Minor Settlement. (Motion, ECF No. 35). Defendants have been consulted and support the motion.

Local Rule 41.2 requires court approval for any settlement of a minor child's claim. To approve a settlement of a minor's claim, the Court "must review the terms of the compromise and settlement and assure itself that the settlement is fair, reasonable and in the best interests of the minor." *Corey v. Corey*, 803 A.2d 1014, 1016-17 (Me. 2002) (quoting and approving *Holbrook v. Anderson Corp.*, 756 F. Supp. 34, 38 (D. Me. 1991)).

I have reviewed the documents filed by the Plaintiff and find that the terms and conditions of the settlement, as set forth in the Plaintiff's motion, to be fair, reasonable, and in the best interest of the minor child. I approve the settlement set forth in the motion. Shael Norris is authorized to sign the proposed documents that are necessary to conclude the settlement.

As the Plaintiff points out in her motion, this case does not involve monetary damages. The complaint sought declaratory and injunctive relief, not compensatory or punitive damages. Therefore, Rule 41.2's provisions regarding management and payment of funds are not applicable here.

Within 30 days of this Order, Plaintiff shall file with the Court an affidavit verifying that any and all discipline connected to the underlying events in this case has been expunged from the A.M.'s records. I will dismiss the case with prejudice upon receipt of the Plaintiff's affidavit.

Plaintiff's Motion for Approval of Minor Settlement (ECF No. 35) is GRANTED.

**SO ORDERED.**

Dated this 2nd day of October, 2020.

                                                /s/ Lance E. Walker  
                                          UNITED STATES DISTRICT JUDGE