UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| A.M., a minor, by and through her mother, SHAEL NORRIS,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CAPE ELIZABETH SCHOOL DISTRICT; et al.,  )<br>)<br>)<br>)<br>Defendants,  )  | Case No. 2:19-cv-00466-LEW |

## **ORDER OF DISMISSAL**

On October 8, 2020, Defendants filed a Declaration by Jeffrey Shedd (ECF No. 37), principal of Cape Elizabeth High School, stating that A.M.'s school record does not contain any reference to the suspension that formed the basis of this case.

I am satisfied that the parties have fulfilled their obligations under the settlement agreement. Therefore, this case is hereby DISMISSED with prejudice.

**SO ORDERED.**

Dated this 19th day of October, 2020.

                                                  /s/ Lance E. Walker
                                                UNITED STATES DISTRICT JUDGE